An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

DARRYL L. JONES,
Appellant,
vs.
MBI, INC. D/B/A MBI X-RAY &
MEDICAL SUPPLY; SCOTT GRAHAM;
NIPRO CORP.; SAUL ALVERS; BOARD
OF PRISON COMMISSIONERS; MED.
DIR. NDOC DR. BRUCE R.
BANNISTER; DIR. NURSES SDCC
CHERYL DRESSLER; AND BRIAN
WILLIAMS, SR.,
Respondents.

No. 65320

**FILED**

OCT 07 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

On August 11, 2014, this court entered an order denying without prejudice, appellant's motion to proceed in forma pauperis. Further, the order cautioned appellant that his failure to properly seek leave to proceed in forma pauperis in the district court or to pay the filing fee would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise communicated with this court. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: Tracie K. Lindeman

cc:    Hon. Elissa F. Cadish, District Judge
       Darryl L. Jones
       Brown, Bonn & Friedman, LLP
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

14-33246